4 U.S. 353
 4 Dall. 353
 1 L.Ed. 864
 Hurst's Lessee
v.
Jones.
 Circuit Court, Pennsylvania District.
 May Term, 1801
 
 1
 A FORMER ejectment, between the same parties, for the same land, had been non pros'd; but the costs of suit remained unpaid.
 
 
 2
 The defendant's counsel objected to the trial of the present ejectment, until the costs of the former were paid.
 
 
 3
 By the COURT.
 
 
 4
 The objection is reasonable and just. The defendant cannot, under such circumstances, be compelled to proceed to a trial.
 
 
 5
 The cause continued.
 
 
 6
 Rawle, for the plaintiff.
 
 
 7
 E. Tilghman, for the defendant.